FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 6 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BROADCAST MUSIC, INC.;
BOCEPHUS MUSIC, INC.;
HOWE SOUND MUSIC PUBLISHING
d/b/a CYPRESS PARK MUSIC;
SCREEN GEMS-EMI MUSIC, INC.;
DALE MORRIS MUSIC; SONY/ATV SONGS, LLC
d/b/a SONY/ATV TREE PUBLISHING;
FOURTEENTH HOUR MUSIC, INC.;
SPRINGTIME MUSIC, INC.;
EMBASSY MUSIC CORPORATION;
BENEFIT MUSIC; EMI LONGITUDE MUSIC CO.            PLAINTIFFS

V.                      Case No. 4:23-CV-633-LPR

LAKEWOOD VILLAGE DINING ASSOCIATION
d/b/a ROUND ONE SPORTS BAR AND GRILL;
LEE TOWNSEND; KATHERINE TOWNSEND
AND SHAMEKA NEAL, INDIVIDUALLY                    DEFENDANTS

**COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, state:

JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250

1

Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 20.6 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Bocephus Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Howe Sound Music Publishing LLC is a corporation d/b/a Cypress Park Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Dale Morris Music is a sole proprietorship owned by Dale Cecil Morris. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Songs, LLC is a corporation d/b/a Sony/ATV Tree Publishing. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Fourteenth Hour Music, Inc. is a corporation owned by Theodore Richard White. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Springtime Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Embassy Music Corporation, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Benefit Music is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Plaintiff EMI Consortium Songs, Inc. d/b/a EMI Longitude Music is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15. Defendant Lakewood Village Dining Association is a corporation organized and existing under the laws of the state of Arkansas, which operates, maintains and controls an establishment known as Round One Sports Bar and Grill, located at 406 Sidelines Road, Trumann, Arkansas, 72472, in this district (the "Establishment").

16. In connection with the operation of the Establishment, Defendant Lakewood Village Dining Association publicly performs musical compositions and/or causes musical compositions to be publicly performed.

17. Defendant Lakewood Village Dining Association has a direct financial interest in the Establishment.

18. Defendants Lee Townsend, Katherine Townsend, and Shameka Neal are officers of Defendant Lakewood Village Dining Association with responsibility for the operation and management of that corporation and the Establishment.

19. Defendants Lee Townsend, Katherine Townsend, and Shameka Neal have the right and ability to supervise the activities of Defendant Lakewood Village Dining Association and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

20. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through

21. Since October of 2022, BMI has reached out to Defendants over 30 times, by phone, and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with

respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

22. Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

23. Annexed to this Complaint as Exhibit No. 1 is a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

24. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

25. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

28. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

1. Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

2. Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

3. Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

4. Plaintiffs have such other and further relief as is just and equitable.

>Rose Law Firm,
>a Professional Association
>120 East Fourth Street
>Little Rock, AR  72201-2893
>Phone: 501-375-9131
>Fax:  501-375-1309
>rdonovan@roselawfirm.com
>bbaker@roselawfirm.com
>
>By: _____
>Richard T. Donovan (ABN 83054)
>Betsy Baker (ABN 2010128)
>
>*Attorneys for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Born To Boogie |
| Line 3 | Writer(s) | Randall Hank Williams Jr. a/k/a Hank Williams Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 4/9/87 |
| Line 6 | Registration No(s). | PA 323-651 |
| Line 7 | Date(s) of Infringement | 4/8/2023 |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Howe Sound Music Publishing LLC d/b/a Cypress Park Music |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 4/8/2023 |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill |


EXHIBIT 1

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | If You're Gonna Play In Texas a/k/a You Gotta Have A Fiddle In The Band |
| Line 3 | Writer(s) | Murry Kellum; Dan Mitchell |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc.; Dale Cecil Morris d/b/a Dale Morris Music; Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 1/16/84 |
| Line 6 | Registration No(s). | PA 196-988 |
| Line 7 | Date(s) of Infringement | 4/8/2023 |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Mustang Sally | |
| Line 3 | Writer(s) | Bonny Rice | |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. | |
| Line 5 | Date(s) of Registration | 4/27/93 | 3/22/65 |
| Line 6 | Registration No(s). | RE 627-422 | Eu 873659 |
| Line 7 | Date(s) of Infringement | 4/8/2023 | |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Metal Health a/k/a Metal Health (Bang Your Head) |
| Line 3 | Writer(s) | Kevin DuBrow; Carlos Cavazo; Frankie Banali; Tony Cavazo |
| Line 4 | Publisher Plaintiff(s) | Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 10/1/84 |
| Line 6 | Registration No(s). | PA 226-937 |
| Line 7 | Date(s) of Infringement | 4/8/2023 |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Liza Jane |
| Line 3 | Writer(s) | Vince Gill; Reed Nielson |
| Line 4 | Publisher Plaintiff(s) | Vince Grant Gill, an individual d/b/a Benefit Music; EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/18/91 |
| Line 6 | Registration No(s). | PA 528-079 |
| Line 7 | Date(s) of Infringement | 4/8/2023 |
| Line 8 | Place of Infringement | Round One Sports Bar & Grill |