UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROADCAST MUSIC, INC.;**
**BOCEPHUS MUSIC, INC.;**
**HOWE SOUND MUSIC PUBLISHING**
**d/b/a CYPRESS PARK MUSIC;**
**SCREEN GEMS-EMI MUSIC, INC.;**
**DALE MORRIS MUSIC; SONY/ATV SONGS, LLC**
**d/b/a SONY/ATV TREE PUBLISHING;**
**FOURTEENTH HOUR MUSIC, INC.;**
**SPRINGTIME MUSIC, INC.;**
**EMBASSY MUSIC CORPORATION;**
**BENEFIT MUSIC; EMI LONGITUDE MUSIC CO.**                **PLAINTIFFS**

V.                      Case No. 4:23-CV-633-LPR

**LAKEWOOD VILLAGE DINING ASSOCIATION**
**d/b/a ROUND ONE SPORTS BAR AND GRILL;**
**LEE TOWNSEND; KATHERINE TOWNSEND**
**AND SHAMEKA NEAL, INDIVIDUALLY**                **DEFENDANTS**

**NOTICE OF SETTLEMENT**

The Plaintiffs, for their Notice of Settlement states:

1. The parties have reached a settlement of all claims pending in this Court.

2. A Notice of Dismissal will be filed upon completion of the settlement.

3. Plaintiffs respectfully request that the damages hearing set for October 7, 2024, be removed from the Court's docket.

WHEREFORE, Plaintiffs request the damages hearing set for Monday, October 7, 2024, be removed from the Court's docket in light of the settlement.

1

                                Rose Law Firm,
                                a Professional Association
                                120 East Fourth Street
                                Little Rock, AR  72201-2893
                                Phone: 501-375-9131
                                Fax:  501-375-1309
                                rdonovan@roselawfirm.com
                                bbaker@roselawfirm.com

                    By:  /s/ *Richard T. Donovan*
                                Richard T. Donovan (ABN 83054)
                                Betsy Baker (ABN 2010128)

                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of October, 2024, the foregoing Notice of Settlement was served via U.S. Mail on the Defendants at their address of Post Office Box 515, Trumann, AR  72472.

                                */s/ Richard T. Donovan*
                                Richard T. Donovan