IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROADCAST MUSIC, INC., et al.**                                                           **PLAINTIFFS**

**v.**                         **Case No. 4:23-cv-00633-LPR**

**LAKEWOOD VILLAGE DINING ASSOCIATION, et al.**           **DEFENDANTS**

## ORDER

       Before the Court is Plaintiffs' Partial Motion for Summary Judgment.[1] The Motion asks the Court to hold that the individual Defendants (Lee Townsend, Katherine Townsend, and Shameka Neal) are liable for infringement of the Plaintiffs' copyrights.[2] The Motion further requests that the Court determine the proper relief at a yet to be scheduled damages hearing.

       On July 5, 2024, Plaintiffs filed (along with their Partial Motion for Summary Judgment) a Statement of Material Facts stating that "Defendants publicly performed or caused to be performed" six different songs for which Plaintiffs own the copyrights and rights to license the public performance rights.[3] Plaintiffs further assert that Defendants did not have a license or permission to perform the songs at issue.[4] The individual Defendants have not responded to the Motion or the Statement of Material Facts, and the time to respond has long since passed. As such, the Court must accept the facts asserted in Plaintiffs' Statement of Material Facts as true.[5]

---

[1] Doc. 17.

[2] Pursuant to a previous Order in this case, the Clerk has already entered a default against Lakewood Village Dining Association. *See* Docs. 15, 16.

[3] Doc. 19.

[4] *Id.*

[5] *See* Local Rule 56.1(c).

For the reasons stated in Plaintiffs' Partial Motion for Summary Judgment and accompanying Brief, the Court GRANTS the Motion in its entirety.[6]  A damages hearing will be scheduled to determine the appropriate relief.

IT IS SO ORDERED this 31st day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] Docs. 17, 18.