IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROADCAST MUSIC, INC., et al.**                                                 **PLAINTIFFS**

**v.**                          **Case No. 4:23-cv-00633-LPR**

**LAKEWOOD VILLAGE
DINING ASSOCIATION, et al.**                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 5th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE